**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:**<br><br>**YUKOS OIL COMPANY,**<br><br>**Debtor.** | :<br>:<br>:<br>:<br>:<br>: | **CHAPTER 11**<br><br>**CASE NO. 04-47742-H3-11** |

**JOINDER OF CERTAIN SHAREHOLDERS TO**
**YUKOS OIL COMPANY'S RESPONSE TO DEUTSCHE BANK'S**
**MOTION TO DISMISS**

Capital International, Inc., as investment advisor to Emerging Markets Growth Fund, Inc. and Capital International Emerging Markets Fund, Prosperity Capital Management (UK) Limited, Fran Scola, as investment advisor to Stonor Group Limited, Dirndale Limited, and Grand Matanzaz Limited, each of whom are shareholders of Yukos Oil Company and parties in interest in this case, hereby join in Yukos Oil Company's Response to Deutsche Bank's Motion to Dismiss (the "Response") [Docket No. 108] and incorporate in full the arguments set forth in the Response as if set forth at length herein.

Dated: February 15, 2005

Respectfully submitted,

COX SMITH MATTHEWS INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5000
Facsimile: (210) 226-8395

By: *_/s/ Deborah D. Williamson_*
Deborah D. Williamson
Texas Bar No. 21617500

AND

CADWALADER, WICKERSHAM & TAFT LLP
Gregory M. Petrick
100 Maiden Lane
New York, New York 10038
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

**ATTORNEYS FOR CAPITAL INTERNATIONAL, INC., AS INVESTMENT ADVISORS TO EMERGING MARKETS GROWTH FUND, INC. AND CAPITAL INTERNATIONAL EMERGING MARKETS FUND, PROSPERITY CAPITAL MANAGEMENT (UK) LIMITED, FRAN SCOLA, AS INVESTMENT ADVISOR TO STONOR GROUP LIMITED, DIRNDALE LIMITED AND GRAND MATANZAZ LIMITED**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 15, 2005, a true and correct copy of the foregoing *Joinder Certain Shareholders to Yukos Oil Company's Response to Deutsche Bank's Motion to Dismiss* was sent via United States First Class Mail, postage pre-paid, to the parties listed on the attached Services List (Updated as of 1/28/05).

*/s/ Deborah D. Williamson*
Deborah D. Williamson

**SERVICE LIST**
(UPDATED AS OF 1/28/05)

Debtor

Yukos Oil Company
c/o Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010

Debtor's Attorney

Zack A. Clement
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010

U.S. Trustee
Diane G. Livingstone
Office of the U.S. Trustee
515 Rusk, Suite 3516
Houston, Texas 77002

Ellen M. Hickman
Office of the U.S. Trustee
515 Rusk, Suite 3516
Houston, Texas 77002
Fax: 713-718-4680

Securities & Exchange Commission

United States Securities & Exchange Commission
Attn: George Vasios/Bankruptcy Section
175 W. Jackson Blvd.
Suite 900
Chicago, IL 60604



2/15/2005 5:33 PM
739432.1

Securities and Exchange Commission
Harold F. Degenhardt, District Administrator
801 Cherry Street Suite 1900
Fort Worth, TX 76102

20 Largest Unsecured Creditors

Attorneys for Russian Federation

David Neier
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

Anatoly Serdukov
Head of Russian Federal Tax Ministry
23, Neglinnaya Street
Moscow, Russia 127381

State Customs Committee of the
Russian Federation
Moscow 1A Komsomolskaya Place
Russia 107842
(UNDELIVERABLE)

Russian Federation in Houston
Attn: Nikolay V. Sofinskiy
Consul General
1333 West Loop South
Suite 1300
Houston, TX 77027

Consular Division of the Embassy of the
Russian Federation in Washington D.C.
Attn: Vadim V. Saveliev
2641 Tunlaw Road, N.W.
Washington, D.C. 20007
Alexandre Huet, Senior Vice President
Societe Generale
SG Corporate and Investment Banking
17 Cours Valmy 92987
Paris La Defence
Cedex
France

Societe Generale North America Inc.
1221 Avenue of the Americas
New York, NY 10020

Transneft
Simon M. Vainshtock
Moscow, Bolshaya Polyanka Str., 57
Russia, 119180

Olga Ranchugova, Accountant
Zapadno MalyBalyk
Nefteyugansk
11 Districk, 26
Russia
628300 KhMAO

Makro Trade
Lenina Avenue 5
Saransk, Mordovia
Russian Federation 430000

Bank Menatep
Attn: Christofer Evans
Moscow Branch
Ulansky, 26
Moscow, Russia 107045

BCEN-EUROBANK
Attn: Patrice Remond, Senior Manager
Financial Institutions
79-81 Boulevard Haussmann
75382 Paris Cedex 08
France

Kargill Yug OOO
Kommunarov str., 268a
Krasnodar, Russia 350020

Investpribor ZAO
121357 Moscow
Ul.
Veresaeva, 6
Russian Federation

Prikaspburneft Povolzhie OOO
Attn: Ilia Pastukhov
Neftyanikov Street, 14
Volograd prospect
Russian Federation 400062

NPO Intekh OOO
Teterenskyi per., 4/8,
ctp.2.
Moscow, Russia 109004
(UNDELIVERABLE)

Tyumen Exploration Expedition ZAO
Attn: Vera Ilina
128 Druzhba
Tyumen, 625031,
The Russian Federation

SovGeoInfo
Nezhinskaya street, 13/4,
Moscow 117571
Russia
(UNDELIVERABLE)

Mr. Ken Rietz
Burson Marsteller/NIS
1801 K Street, N.W.
Suite 1000-L
Washington, DC 20006

Morskoi Portovy Service ZAO
Primorsk, Vyborg Region
Leningrad Oblast,
Russia 188910

Property Committee of Khanty
Mansyisk Region
Mira Street, 5
Khanty-Mansyisk
Tyumen oblast
KhMAO, 62600
Russia

ZAO PricewaterhouseCoopers Audit
Doug Miller, Partner
Kosmodamianskaya nab., 52
Building 5
115054
Moscow, Russia

Obneftegasgeologia
Raisa Belokon, Accountant
Federova Street
68A
Surgut 628400
Russian Federation

JSC Mazeikiu Nafta
Vita Petrosiene, CFO
5526 Mazheikiu
Iodeikiu 89467
Lithuania

ING Bank N.V.
Attn: Rob Wijman
Bijlmerplein 888
1102 MG Amsterdam
The Netherlands

KBC Bank N.V.
Attn: Kanti Halai
111 Old Broad Street
London EC2N 1BR

Michael Mabbutt
Hillside Apex Fund Limited
Thames River Traditional Funds plc
c/o Thames River Capital (UK) Limited
51 Berkeley Square
London W1J 5BB

Morgan Stanley Bank International Limited
Attn: Lain Burnett
20 Cabot Square
Canary Wharf
London E14 4QW

VR Global Partners LP
Attn: Robert Deitz
VR Capital Group
Avrora Business Park
77 Sadovnicheskaya
Nab Bldg 1
Moscow 115035
Russia

Moravel Investments Limited
Attn: Kevin Bromley
Arch
Makariou 111
284 Fortuna Court Block B
2nd Floor, PC 3105 Limassol
Cyprus

Parties-In-Interest

Attorneys for Deutsche Bank AG

Jeffrey E. Spiers
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002

Timothy Alvin Davidson, II
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002

J. Gregory St. Clair
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Deutsche Bank AG
Chief Legal Officer
700 Louisiana, Suite 1500
Houston, Texas 77002

Deutsche Bank AG
Attn: Roselyne Renel
London, Winchester House
1 Great Winchester Street
London EC2N 2DB

Deutsche Bank AG
Attn: John MacNamara
Herengracht 450-454
1017 CA Amsterdam
The Netherlands

Attorneys for ABN Amro Bank, N.V., BNP Paribas, J.P. Morgan Chase Bank, N.A. and Dresdner Kleinwort Wasserstein

Henry Kaim
Bracewell & Patterson, L.L.P.
711 Louisiana, Suite 2900
Houston, Texas 77002

Mark M. Wege
Bracewell & Patterson, L.L.P.
711 Louisiana, Suite 2900
Houston, Texas 77002

ABN Amro Bank N.V.
Chief Legal Officer
Park Avenue Plaza
55 East 52 Street
New York, NY 10055

ABN Amro Bank N.V.
Gustav Mahlerlaan 10
1082 PP Amsterdam
The Netherlands

Attorneys for BNP Paribas
Ben B. Floyd
Rhonda R. Chandler
Munsch Hardt Kopf & Harr PC
700 Louisiana Street, Suite 4600
Houston, Texas 77002-2732

BNP Paribas
Chief Legal Officer
1200 Smith Street
Suite 3100
Houston, Texas 77002

BNP Paribas
Registered Head Office
16, boulevard des
Italiens 75009
Paris
France

BNP Paribas (Suisse) SA
Attn: Craig Taylor
11 Quai des Bergues
P.O. Box 1211
Geneva 11
Switzerland

BNP Paribas – American Branch
787 Seventh Avenue
New York, NY 10019
Attn: Everett Schenk, General Manager

Dresdner Kleinwort Wasserstein
Theodor-Heuss-Allee 44-46
60486 Frankfurt am Main
Germany

Dresdner Kleinwort Wasserstein
Law Department
1301 Avenue of the Americas
New York, NY 10019

Elaine McAnelly
JP Morgan Chase & Co.
707 Travis, 4th Floor North
Houston, Texas 77002

JP Morgan Chase & Co.
Attn: Law Department
270 Park Avenue
New York, NY 10017

Attorneys for Calyon

Henry Flores
Thomas Forestier
Haynes & Boone
1221 McKinney
Suite 2100
Houston, Texas 77010
Calyon of the Americas
Attn: Jean-Pierre Garcia
1301 Travis, 21st Floor
Houston, Texas 77002

Calyon of France
Attn: Florence Haziot
9, quai du President
Paul Doumer
92920 Paris La Defense
Cedex
France

Richard Carlson
Calyon of the Americas
1301 Avenue of the Americas
New York, NY 10019

Commerzbank AG
Attn: Legal Department
2 World Financial Center
New York, NY 10281

Commerzbank
Aktiengesellschaft
Attn: Ingeborg Schmitt
Kaiserplatz 60261
Frankfurt, Germany

Credit Lyonnais S.A.
19 Blvd. Des Italiens
75002 Paris
France

Credit Lyonnais S.A.
Attn: Law Department
1301 Avenue of the Americas
New York, NY 10019

HSBC Bank PLC
Law Department
2700 Sanders Road
Prospect Heights, IL 60070

HSBC Bank PLC
Attn: Ian McMillan, Level 37
8 Canada Square
London
United Kingdom

HSBC USA Inc.
One HSBC Center
Buffalo, NY 14203

Ian Anderson
Citigroup Centre
9th Floor
33 Canada Square
Canary Wharf
London E14 5LB
United Kingdom

Citibank, N.A.
333 Clay Street
Suite 3750
Houston, Texas 77002

Citibank, N.A.
Attn: Marion Chan
153 East 53rd Street
New York, NY 10043
Phone: (212) 559-2821

UFJ Bank Limited
Attn: Keiji Tanabe
Structured Finance Department, London
55 Basinghall Street
City Place House
London EC2V 5DL
United Kingdom

UFJ Trust Bank Ltd.
New York Representative Office
666 Fifth Avenue, 33rd Floor
New York, NY 10103

Norma Platt
UFJ Bank Ltd.
1200 Smith Street
Suite 2265
Houston, Tx 77002

U.S. State Department

Edward A. Betancourt
Director of Special Consular Services
U.S. Department of State
2100 Pennsylvania Ave., NW
4FL (SA-29)
Washington, DC 20520

Attorney's for Gazpromneft

William S. Helfand
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street
14th Floor
Houston, TX 77002-4310

James J. Spring, III
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith St., Suite 1400
Houston, TX 77002

OOO Gazpromneft
16 Nametkina St., 117997
Moscow, V-420, GSP-7
Russia

Tony Davis
Baker Botts, L.L.P.
910 Louisiana
3000 One Shell Plaza
Houston, Texas 77002

Michael Goldberg
Baker Botts, L.L.P.
910 Louisiana
3000 One Shell Plaza
Houston, Texas 77002

Attorneys for Gazprom

Mathew J. Botica
David W. Wirt
Winston & Strawn LLP
35 West Wacker Drive,
Chicago, IL 60601-9703

U.S. Department of Justice

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Additional Parties Requesting Notice Pursuant to Bankruptcy Rule 2002:

Chun Won Yi
Josiah Rotenberg
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY 10152

Russell L. Munsch
Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX 75202-2790

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Cypress Fairbanks ISD
c/o John P. Dillman
Linebarger, Goggan, Blair & Sampson, LLP
P.O. Box 3064
Houston, Texas 77253-3064

B. Edward Williamson
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010

Charles Smith
Skadden Arps Salte Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606
Telephone: 312-407-0700

Cedyco Corporation
P.O. Box 27528
Houston, Texas 77227